# ALFRED J. HAWKINS v. GREAT NORTHERN RAILWAY COMPANY.[1]

May 6, 1910.

Nos. 16,432—(17).

**Excessive Damages — New Trial.**

[In a case where the jury awarded plaintiff, thirty-three years of age and earning $900 per year, $3,328 for personal injuries received in a collision of defendant's trains while he was working as a railway mail agent in the mail car, the verdict, approved by the trial court, was not so excessive as to justify this court in setting it aside and ordering a new trial. Reporter.]

Action in the district court for Ramsey county to recover $25,800 for personal injuries received by plaintiff while employed as a railway mail agent in the service of the federal government. The case was tried before Bunn, J., and a jury which returned a verdict in favor of plaintiff for $3,328.25. From an order denying defendant's motion for a new trial, it appealed. Affirmed.

*M. L. Countryman,* for appellant.

*H. A. Loughran,* for respondent.

PER CURIAM.

The only question presented in this case is whether the damages awarded plaintiff by the jury were so excessive as to justify this court, in the face of the trial court's approval, in setting the verdict aside and ordering a new trial. A careful consideration of the record leads to an affirmance. A discussion of the evidence would serve no useful purpose.

Order affirmed.

[1] Reported in 126 N. W. 1134.